# Josh Leske

| | | |
|---|---|---|
| **From:** | Angela Chambers <angela.chambers@wilco.org> | |
| **Sent:** | Monday, October 13, 2025 4:26 PM | |
| **To:** | Josh Leske | |
| **Subject:** | Re: Cause No. 24-0495-C395 | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 1:28:10 PM
CHRISTOPHER A. PRINE
Clerk

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Mr. Leske.

I've pulled my notes for the two dates that are listed in our Odyssey, and this case was not a matter of record for either date.

I'm sorry I could not have been more helpful to you. I will file a notice with the COA letting them know there is not a record.

Kind regards,

Angela



**ANGELA CHAMBERS, CSR**
**Official Court Reporter for**
**District Judge Ryan Larson**
**395th District Court**

office: 512.943.1178
angela.chambers@wilco.org
405 Martin Luther King Jr.
Box 15
Georgetown, TX 78626
395th District Court | Williamson County, TX (wilcotx.gov)

---

**From:** Josh Leske <jleske@hlalawfirm.com>
**Sent:** Friday, October 10, 2025 2:54 PM
**To:** Angela Chambers <angela.chambers@wilco.org>
**Subject:** Cause No. 24-0495-C395

You don't often get email from jleske@hlalawfirm.com. Learn why this is important

**EXTERNAL email: Exercise caution when opening.**

Ms. Chambers,

Attached please find correspondence requesting the Reporter's Record in the above referenced cause.

Regards,

*/s/ Joshua R. Leske*



JOSHUA R. LESKE
MANAGING ATTORNEY
Personal Injury  l  Immigration  l  Aviation
5916 Winsome Lane, Suite 400
Houston, Texas 77057
Ph: (713) 800-1200